# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BAKER,<br><br>         Plaintiff,<br><br>   v.<br><br>S. CACOA, et al.,<br><br>         Defendants. | Case No. 1:15-cv-00728 DLB PC<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR RELIEF FROM E-SERVICE PROCEDURES<br><br>[ECF No. 4] |

Plaintiff Mike Baker ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 12, 2015. On the same date, Plaintiff filed a motion for relief from E-Service procedures. Plaintiff states E-Service requirements limit the complaint to 25 pages, and his complaint is 28 pages in length. Plaintiff seeks relief so that the additional three pages may be filed. The Court has reviewed the complaint and it is in fact comprised of 28 pages including the three pages Plaintiff seeks to add. Insofar as the additional pages have already been filed as part of the complaint, Plaintiff's motion is hereby DENIED as moot.

IT IS SO ORDERED.

    Dated:  **May 28, 2015**                    /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE

1