# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BAKER,<br><br>  Plaintiff,<br><br>  v.<br><br>S. CACOA, et al.,<br><br>  Defendants. | Case No. 1:15-cv-00728 AWI DLB PC<br><br>ORDER DISMISSING ACTION AS DUPLICATIVE OF 1:15-cv-00693-BAM-PC AND VACATING ORDER DIRECTING CDCR TO COLLECT PAYMENTS FOR FILING FEE<br><br>[ECF No. 6] |

Plaintiff Mike Baker, a state prisoner proceeding pro se, filed this civil action on May 12, 2015.

On July 2, 2015, Plaintiff notified the Court of the existence of two cases. Plaintiff explained that he only submitted one complaint but two cases have been opened: the instant case and 1:15-cv-00693-BAM-PC. The Court has reviewed the complaint in 1:15-cv-693-BAM-PC, and indeed, the complaints are identical.

The instant case, having been filed in error after the first case, must be dismissed as duplicative. Under the circumstances, as the second action was opened in error, the Court will vacate the May 14, 2015, order requiring CDCR to collect payments for this action.

///

///

///

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED as duplicative;[1]

2. The order requiring CDCR to collect payments for this action is VACATED; and

3. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   July 10, 2015                                              
                                      SENIOR DISTRICT JUDGE

---

[1] The dismissal and closure of this case is administrative in nature and has no effect on Case No. :15-cv-693-BAM-PC.

2